

Oxford Dictionaries

ABOUT | HELP | LOG IN

SELECT
LANGUAGE English

Dictionary    Synonyms    Grammar▫    Explore▫

ENGLISH ... ▫ | US English                    | pocket dial            |

See how a bottle
becomes a new
pair of jeans at

IWantToBeRecycled.org

 | KEEP AMERICA
BEAUTIFUL

Give your garbage another life.
Recycle.



home    US English    pocket-dial

Definition of *pocket-dial* in English:

# pocket-dial

*North American* *informal*

---

**VERB**  (**pocket-dials, pocket-dialing, pocket-dialed** ; *British* **pocket-dials, pocket-dialling, pocket-dialled**)

[WITH OBJECT]

Inadvertently call (someone) on a mobile phone in one's pocket, as a result of pressure being accidentally applied to a button or buttons on the phone:

## Most popular in the US ▫

1. mic drop
2. janky
3. harambee
4. balayage
5. saudade

= trending

WORD OF THE DAY

antepart
um



*'he pocket-dialed his main girl and she heard everything'*

More example sentences

## NOUN

**(pocket dial)**

An inadvertent call made on a mobile phone in one's pocket, as a result of pressure being applied accidentally to a button or buttons on the phone:
*'deputies said a pocket dial to 911 led them to an underage drinking party'*

More example sentences

## For editors and proofreaders

Syllabification: pock·et·di·al

## Definition of pocket-dial in:

- British & World English dictionary

## What do you find interesting about this word or phrase?

*Comments that don't adhere to our Community Guidelines may be moderated or removed.*



### Nearby words

pocket watch

pocket-burner

**pocket-dial**

pocket-filled

pocket-hoop



English (US)

OXFORD
UNIVERSITY PRESS

© 2016 Oxford University Press     Contact us     Privacy policy & legal notice     Browse dictionary     Help     About